## GARY POTTS *v.* COMMISSIONER OF CORRECTION
### (AC 34335)

Beach, Keller and Harper, Js.

Argued September 18—officially released October 8, 2013

Per Curiam. The appeal is dismissed.

## NICKETA WRIGHT *v.* COMMISSIONER OF CORRECTION
### (AC 34251)

Lavine, Robinson and Schaller, Js.

Argued September 19—officially released October 8, 2013

Per Curiam. The appeal is dismissed.

## DIOSDARDO PACHECO *v.* COMMISSIONER OF CORRECTION
### (AC 33788)

DiPentima, C. J., and Keller and Mihalakos, Js.

Argued September 23—officially released October 8, 2013

Per Curiam. The appeal is dismissed.